■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL GELLIN, Appellant, v. FRANCES GELLIN, Respondent.— Order entered on December 1, 1960, insofar as it limits petitioner's rights of visitation, unanimously affirmed,

with $20 costs and disbursements to the respondent. *No opinion. Concur*—Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.